1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA

9

10 DEVIN PORTER,                                Case No. 5:22-cv-02235-MWC-SSC

11                        Petitioner,            **ORDER ACCEPTING**

12        v.                                   **FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF**

13 R.C. JOHNSON, Warden,                       **UNITED STATES**

14                        Respondent.          **MAGISTRATE JUDGE AND DENYING CERTIFICATE OF**

15                                             **APPEALABILITY**

16

17

18

19       Pursuant to 28 U.S.C. § 636 the Court has reviewed the second

20 amended petition, all of the records herein, and the Report and

21 Recommendation of United States Magistrate Judge to which no

22 objections were filed.  The Court accepts the findings and conclusions of

23 the Magistrate Judge in the Report and Recommendation.

24       IT IS ORDERED that judgment be entered denying the second

25 amended petition and dismissing this action with prejudice.

26       Further, the Court finds that Petitioner has not made a

27 substantial showing of the denial of a constitutional right or that the

28 court erred in its procedural ruling and, therefore, a certificate of

appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2);

Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);

*Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED:  May 19, 2025

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE