UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN PORTER,<br><br>          Petitioner,<br><br>          v.<br><br>R.C. JOHNSON, Warden,<br><br>          Respondent. | Case No. 5:22-cv-02235-MWC-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the second amended petition is denied and this action is dismissed with prejudice.

DATED: May 19, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE